**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PAUL T. MEJILLAS,

       Plaintiff,

v.                                                                                   No. CV 18-803 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,

       Defendant.

## **ORDER SETTING BRIEFING SCHEDULE**

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that**:**

(1)      Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **January 28, 2019;**

(2)      Defendant shall file a Response on or before **March 29, 2019;**

(3)      Plaintiff may file a Reply on or before **April 12, 2019;**

(4)      All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)      **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE