**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PAUL T. MEJILLAS,

       Plaintiff,

v.                                           No. CV 18-803 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

       Defendant.

## FINAL JUDGMENT

       Pursuant to the *Memorandum Opinion and Order*, (Doc. 26), which granted

Plaintiff's *Motion to Reverse and Remand for Payment of Benefits, or in the Alternative,*

*for Rehearing, With Supporting Memorandum*, (Doc. 21), the Court enters this

Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this

case to the Commissioner of the Social Security Administration for further administrative

action.

       **IT IS SO ORDERED**.


_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE